**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ELEVANCE HEALTH, INC.,**

**Plaintiff,**

**v.**

**MARIA GREGORY,**

**Defendant.**

**Case No.: 3:25-cv-740**

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Elevance Health, Inc., and Defendant Maria Gregory (the "Parties"), have reached a settlement in the above-referenced case. The Parties anticipate that they will be in a position to file a stipulation of dismissal of all claims with prejudice, within the next 14 days. The Parties hereby respectfully request that the Court please vacate all currently scheduled due dates, conferences, and hearings in this case.

Respectfully submitted,

Dated: October 27, 2025

ELEVANCE HEALTH, INC.

By /s/ Andrew J. Henson
Andrew J. Henson, VSB No. 95622
Patrick D. Houston, VSB No. 92298
Troutman Pepper Locke
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
andrew.henson@troutman.com

Andrew W. Reed (admitted *pro hac vice*)
Troutman Pepper Locke
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1518
Facsimile:

*Counsel for Plaintiff*

MARIA GREGORY

By /s/ William Sutton Ansley
William Sutton Ansley, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St., NW
Washington, DC 20006
Email: sansley@paulweiss.com

Liza Velazquez, Esquire
Pietro J. Signoracci, Esquire
Tenisha Williams
Paul Weiss Rifkind Wharton & Garrison LLP
1285 6th Avenue
New York, NY 10019
Email: lvelazquez@paulweiss.com
psignoracci@paulweiss.com
twilliams@paulweiss.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing to:

William Sutton Ansley, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St., NW
Washington, DC 20006
Email: sansley@paulweiss.com

Liza Velazquez, Esquire
Pietro J. Signoracci, Esquire
Tenisha Williams
Paul Weiss Rifkind Wharton & Garrison LLP
1285 6th Avenue
New York, NY 10019
Email: lvelazquez@paulweiss.com
psignoracci@paulweiss.com
twilliams@paulweiss.com

/s/ Andrew J. Henson



321424181v1