IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELEVANCE HEALTH, INC.,
Plaintiff,

v. Civil No. 3:25cv740 (DJN)

MARIA GREGORY,
Defendant.

**ORDER**
**(Directing Stipulation of Dismissal Filing)**

This matter comes before the Court after receiving notice that the parties have reached a settlement in this matter. (ECF No. 38.) The Court hereby ORDERS that the parties shall file a joint stipulation of dismissal as to this case within fourteen (14) days of this order. The Court also hereby CANCELS all pending filing deadlines and upcoming hearing dates in this matter.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: October 27, 2025