IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELEVANCE HEALTH, INC.,
Plaintiff,

v. Civil No. 3:25cv740 (DJN)

MARIA GREGORY,
Defendant.

**ORDER**
**(Acknowledging Stipulation of Dismissal with Prejudice)**

This matter comes before the Court on Plaintiff Elevance Health ("Plaintiff") and Defendant Maria Gregory's ("Defendant") Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 42.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice. The Court shall also retain jurisdiction to enforce the terms of the settlement agreement between the parties. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994) (a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) enables the Court to retain jurisdiction over the settlement contract).

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: December 3, 2025